UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**
   Plaintiff,

vs.                                                                                        **Case No: 8:02-cr-8-T-23MAP**

**GRISELDA LOPEZ-MONTES,**
   Defendant.
_____

**ORDER OF DETENTION AND
REPORT ON PRELIMINARY PROBATION REVOCATION HEARING**

THIS CAUSE came on to be heard at the preliminary probation/supervised release revocation hearing.

At that hearing the defendant waived preliminary hearing, thus conceding to the allegations in the petition.

It is therefore ORDERED:

1)   That the defendant shall be held for final revocation proceedings before the District Judge exercising supervision of the defendant;

2)   That the clerk of this court shall schedule said hearing at the earliest time available on the Judge's calendar;

3)   That both the government and defendant shall exchange all tangible evidence which either side intends to introduce at said hearing and shall exchange a list of witnesses no later than two (2) days prior to the final probation/supervised release revocation hearing.

DONE and ORDERED at Tampa, Florida this 7th day of July, 2006.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
   Counsel of Record
   U.S. Probation
   Courtroom Deputy/District Judge