UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                         CASE NO. 8:02-cr-8-T-23MAP

GRISELDA LOPEZ-MONTES
_____/

**ORDER**

On June 21, 2005, the United States Probation Office filed a June 13, 2005, petition for revocation of the defendant's supervised release (Doc. 26).[*] At the hearing on July 19, 2006, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney Kathy Peluso represented the United States.

The defendant denies committing the Grade C offense described in numbered paragraph one of the petition and admits committing the Grade C offense described in numbered paragraph two of the petition. Accordingly, I find the defendant guilty of the offense described in numbered paragraph two (illegal re-entry) and adjudge the defendant guilty of violating the terms of her supervised release. In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term

---

[*] The defendant having pled guilty to count one of an indictment, the court imposed a sentence on June 26, 2002, of thirty months of imprisonment and thirty-six months of supervised release.

of supervised release is **REVOKED**.  The defendant is sentenced to twelve months and one day of imprisonment with no supervised release to follow.  The court recommends confinement at a facility located in either Carswell or Bryan, Texas.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on July 19, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   United States Marshal
      United States Probation
      Counsel of Record